

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 JUL -2 PM 4:58

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 12 MJ 2479 |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF |
| v. | |
| | Title 8, U.S.C., Section 1326 |
| **Ricardo LOPEZ-Munguia** | Deported Alien Found in the |
| AKA Gustavo Carranza-Madrigal | United States |
| | (Felony) |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about June 26, 2012, within the Southern District of California, defendant, Ricardo LOPEZ-Munguia AKA Gustavo Carranza-Madrigal, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Matthew Johnson
Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF JULY 2012.

HON. WILLIAM MCCURINE JR.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Ricardo LOPEZ-Munguia**

## PROBABLE CAUSE STATEMENT

I, Matthew Johnson, declare under penalty of perjury, the following is true and correct:

On November 19, 2009, pursuant to a Form I-9 employment eligibility verification inspection of an employer in San Diego, California, Homeland Security Investigations (HSI) agents obtained an I-9 form completed under the name "Gustavo C. Madrigal" with a date of birth of 04/27/1968.

Computer database records checks of the California Department of Justice Cal-Photo communications network revealed that Madrigal has been issued a California Driver License, bearing his image and fingerprint. SA Johnson received a copy of Madrigal's current Driver License with photograph and fingerprint from the California Department of Motor Vehicles (DMV).

HSI Special Agent (SA) Matthew Johnson conducted records checks on Madrigal's name and date of birth. SA Johnson found that Madrigal has a criminal history under FBI number 448692EA. Madrigal had been arrested for alien smuggling at the San Ysidro Port of Entry on 11/25/1999 and 03/16/2000. Prosecution was declined on both occasions. According to the FBI criminal history, Madrigal had also been arrested on 10/15/1985 for the importation of heroin under the alias "Ricardo LOPEZ-Munguia." SA Johnson obtained copies of the fingerprint cards held by the FBI for FBI number 448692EA.

Records checks on LOPEZ through Department of Homeland Security computer databases revealed that LOPEZ has an Alien number ending in 438. SA Johnson reviewed LOPEZ's Alien file and found that LOPEZ was a Mexican citizen who was granted lawful permanent residency in 1981 under Alien number ending in 438. The Alien file included a Mexican birth certificate for LOPEZ that stated LOPEZ had been born on 01/09/1967 in Mexico City, Mexico..

On 10/16/ 1985, LOPEZ was arrested for the importation of a controlled substance at the San Ysidro Port of Entry. The Alien file contained documents, fingerprints, and photographs from the arrest. On 02/19/1986, LOPEZ was convicted of the above offense. LOPEZ was placed into exclusion proceedings. On 10/16/1987, a United States Immigration Judge excluded LOPEZ from the United States. On 10/17/1987, LOPEZ was physically removed from the U.S. in El Paso, Texas. SA Johnson found no record that LOPEZ had either applied for or received permission from the United States government to reapply for admission into the United States after being deported.

The file for Alien number ending in 438 contains a photograph of LOPEZ. The photograph appears to me to match the physical likeness of photographs on the California Driver Licenses issued to Madrigal.

SA Johnson submitted fingerprints from LOPEZ's controlled substance arrest and deportation along with Madrigal's alien smuggling arrest and California Driver License to the DHS Biometric Support Center West, latent print unit for analysis.

A Latent Print Examiner reported that the above fingerprints were compared and it was determined that the fingerprints were made by the same individual to the exclusion of all others.

On June 26, 2012, the San Diego County Assessor/Recorder/County Clerk office reported that Gustavo Madrigal has a deed on file with the county as the joint-owner of a property located at 2322 Lake Forest Street, Escondido, CA 92026.

**CONTINUATION OF COMPLAINT:**
**Ricardo LOPEZ-Munguia**

On June 26, 2012, at approximately 2:10 p.m., SA Johnson observed a man leave from the garage of the residence mentioned above and enter a Volkswagen Jetta with dealership license plates parked in the driveway of the residence. The man appeared to me to match the physical likeness of the photograph of LOPEZ contained in the Alien file ending in 438. The man closed the garage door and drove away from the residence in the Volkswagen Jetta.

Executed on July 2, 2012, at 4:40 a.m./p.m.

_____
Special Agent

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 6/26/12, in violation of Title 18, United States Code, Section(s) 1326.

_____
United States Magistrate Judge

7/2/12, 1638hrs
Date/ Time