☐ ORIGINAL

FILED

AUG - 2 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 12cr3188-LAB |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. |
| | ) 1326(a) and (b) - Attempted |
| RICARDO LOPEZ-MUNGUIA, | ) Entry After Deportation; |
| aka Gustavo Carranza-Madrigal, | ) Title 18, U.S.C., Sec. 911 - |
| | ) False Claim to U.S. Citizenship; |
| Defendant. | ) Title 18, U.S.C., Sec. 1015 - |
| | ) Voter Fraud by Illegal Alien |

The United States Attorney charges:

Count 1

On or about July 5, 2012, within the Southern District of California, defendant RICARDO LOPEZ-MUNGIA, also known as Gustavo Carranza-Madrigal, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to February 19, 1986.

## Count 2

On or about July 5, 2012, within the Southern District of California, defendant RICARDO LOPEZ-MUNGIA, also known as Gustavo Carranza-Madrigal, did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Officer, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

## Count 3

On or about November 4, 2008, within the Southern District of California, defendant RICARDO LOPEZ-MUNGIA, also known as Gustavo Carranza-Madrigal, did knowingly and willfully make a false statement and claim that he is a citizen of the United States in order to register to vote and to vote in a federal, state, and local election; in violation of Title 18, United States Code, Section 1015(f).

DATED: August 2, 2012.

LAURA E. DUFFY
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2